IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RIO GRANDE FOUNDATION** and **ILLINOIS OPPORTUNITY PROJECT**,

    Plaintiffs,

v.

**MAGGIE TOLOUSE OLIVER**, in her official capacity as Secretary of State of New Mexico,

    Defendant.

Case No. 1:19-cv-01174

**NOTICE OF CERTIFICATE OF**

**GOODSTANDING**

**NOTICE OF CERTIFICATE OF GOODSTANDING**

  Pursuant to D.N.M.L.R 83.3, the undersigned hereby certifies that Daniel R. Suhr and Jeffrey M. Schwab are attorneys in good standing and all attorney licensing, jurisdictions or courts to which they have been admitted. Specifically, Daniel R. Suhr is admitted in Wisconsin, while Jeffrey M. Schwab is admitted in Illinois.

      Respectfully Submitted,

       */s/ Colin Hunter*
        Colin L. Hunter
        Attorneys for Plaintiff
       1905 Wyoming Blvd. NE
       Albuquerque, New Mexico 87112
       (505) 275-3200

1

I hereby certify that a true and correct copy was served via CM/ECF on this 13th day of December 2019.


*/s/ Colin Hunter*
Colin Hunter