## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **RIO GRANDE FOUNDATION** and **ILLINOIS OPPORTUNITY PROJECT**,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**MAGGIE TOULOUSE OLIVER**, in her official capacity as Secretary of State of New Mexico,<br><br>　　　　Defendant. | Case No. 1:19-cv-01174-LF-JFR<br><br>STIPULATION TO VOLUNTARILY DISMISS COUNT III |

Pursuant to Fed. Rule of Civ. Pro. 41(a)(1)(ii), Plaintiffs file this agreed stipulation to voluntarily dismiss Count III of the Amended Complaint (Doc. 17). The Plaintiffs and Defendant have reached a mutually agreeable resolution of the issue. As such, the Plaintiffs will not file a response to the Partial Motion to Dismiss (Doc. 20), which would otherwise be due today.

Dated: March 13, 2020

| | |
|---|---|
| Daniel R. Suhr (WI No. 1056658)*<br>Jeffrey M. Schwab (IL No. 6290710)*<br>Liberty Justice Center<br>190 S. LaSalle Street, Suite 1500<br>Chicago, Illinois 60603<br>Ph.: 312/263-7668<br>Email: dsuhr@libertyjusticecenter.org<br>　　　jschwab@libertyjusticecenter.org<br>*Lead Counsel for Plaintiff* | s/ Colin Lambert Hunter<br>Colin Lambert Hunter<br>Barnett Law Firm, P.A.<br>1905 Wyoming Blvd. NE<br>Albuquerque, NM 87112<br>Ph.: 505-275-3200<br>Email: colinhunterlaw@gmail.com<br>*Local Counsel for Plaintiff*<br>*Pro hac vice |

Stipulated & Agreed to:

s/Nicholas M. Sydow
Nicholas M. Sydow
Civil Appellate Chief
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Tel.: (505) 717-3571
Fax: (505) 490-4881
nsydow@nmag.gov
*Attorney for Defendant Secretary of State Maggie Toulouse Oliver*