IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RIO GRANDE FOUNDATION and**
**ILLINOIS OPPORTUNITY PROJECT,**

      **Plaintiffs,**

v.                                             **Case No: 1:19-cv-1174-JCH-JFR**

**MAGGIE TOULOUSE OLIVER, in her**
**official capacity as Secretary of State**
**of New Mexico,**

      **Defendant.**

**JOINT MOTION TO AMEND**
**CASE MANAGEMENT ORDER TO EXTEND DISCOVERY DEADLINE**

The Parties jointly move to amend the Revised Amended Case Management Order (ECF No. 43) to extend the deadline to complete discovery by 45 days, until April 9, 2021, so that depositions may be completed. Although the Parties have completed written discovery, Plaintiffs were not able to provide their interrogatory responses and document prodcution until recently as a result of COVID-19-related disruptions. Without these interrogatory answers and documents, the Secretary of State has been unable to take Plaintiffs' depositions, which the requested 45-day extension would permit.

In support of this motion, the Parties state as follows:

*Rio Grande Foundation v. Oliver*, Case No. 1:19-cv-1174-JCH-JFR
*Joint Motion to Amend Case Management Order to Extend Discovery Deadline*
Page **1** of **4**

1)  The current Case Management Order contains a series of deadlines, including a discovery deadline of February 23, 2021. (Revised Amended Case Management Order, ECF No. 43.)

2)  The Case Management Order was previously amended because of delays and disruptions caused by the COVID-19 public health emergency, and to postpone discovery until after the parties completed preliminary injunction litigation in advance of the 2020 general election. (*See* Order Granting Motion to Amend Case Management Order, ECF No. 25; Revised[1] Amended Case Management Order, ECF No. 43.)

3)  The Secretary of State propounded written discovery on Plaintiffs on July 2, 2020. (Certificate of Service, ECF No. 26). The parties agreed that responses to this written discovery could be postponed until after the conclusion of preliminary injunction litigation and the 2020 general election.

4)  Although Plaintiffs provided responses to the Secretary's requests for admission and requests for production in late November, they did not provide their interrogatory answers and produce responsive documents until January 27, 2021. This delay was the result of disruptions due to the COVID-19 public health emergency.

5)  Until these interrogatory answers and documents had been received and reviewed, the Secretary of State could not schedule depositions of Plaintiffs and their witnesses. However, the Parties now intend to take these depositions as quickly as is

---

[1] This Order was revised due to a typographical error in the original Amended Case Management Order, ECF No. 42.

*Rio Grande Foundation v. Oliver*, Case No. 1:19-cv-1174-JCH-JFR
*Joint Motion to Amend Case Management Order to Extend Discovery Deadline*
Page **2** of **4**

practicable given the Parties and counsel's schedules and deadlines in other litigation. A 45-day extension of the discovery deadline, until April 9, 2021, will permit these depositions to occur.

6) Therefore, the Parties respectfully request that the Court extend the Parties' discovery deadline by 45 days, until April 9, 2021, and all other deadlines in the Case Management Order accordingly.

Respectfully submitted,

By: /s/ Nicholas M. Sydow
Nicholas M. Sydow
Civil Appellate Chief
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Tel.: (505) 717-3571
Fax: (505) 490-4881
nsydow@nmag.gov

*Attorney for Defendant Secretary of State Maggie Toulouse Oliver*

Daniel R. Suhr
Liberty Justice Center
190 S. LaSalle St., Suite 1500
Chicago, IL 60603
dsuhr@libertyjusticecenter.org

*Lead counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on February 23, 2021, I served the foregoing on counsel of record for all parties via the CM/ECF system.

*Rio Grande Foundation v. Oliver*, Case No. 1:19-cv-1174-JCH-JFR
*Joint Motion to Amend Case Management Order to Extend Discovery Deadline*
Page **3** of **4**

                                         /s/ Nicholas M. Sydow
                                         Nicholas M. Sydow

*Rio Grande Foundation v. Oliver*, Case No. 1:19-cv-1174-JCH-JFR
*Joint Motion to Amend Case Management Order to Extend Discovery Deadline*
Page **4** of **4**