IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

*Rio Grande Foundation, et al*.

        Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　　　　　CIVIL NO. 1:19-cv-01174-JCH-JFR

*Toulouse Oliver*,

        Defendant.

## SECOND AMENDED CASE MANAGEMENT ORDER

The Parties filed a Joint Motion to Amend the Discovery Deadline (ECF No. 45). The motion stated that although the Parties have completed written discovery, they require a 45-day extension of the discovery deadline to complete depositions. This extension is needed because Plaintiffs' interrogatory answers and document production were delayed due to disruptions related to the public health emergency. Finding the Joint Motion well taken, the Court amends the current case management orders (ECF Nos. 42-43) as follows:

| | | |
|---|---|---|
| (a) | Depositions of fact witnesses complete: | April 9, 2021 |
| (b) | Parties' disclosure of expert witness identities: | April 23, 2021 |
| (c) | Parties' disclosure of expert witness reports: | May 21, 2021 |
| (d) | Termination date for all discovery: | June 18, 2021 |
| (e) | Motions related to discovery to be filed: | July 2, 2021 |
| (f) | Pretrial motions other than discovery motions: | July 16, 2021 |
| (g) | Pretrial order, Plaintiffs to Defendants: | August 16, 2021 |
| (h) | Pretrial order, Defendants to Plaintiffs: | August 30, 2021 |

All other aspects of the prior order setting case management deadlines remain in effect, with exception of the dates noted herein. *See* ECF Nos. 16, 42, 43.

**IT IS SO ORDERED.**

_____
**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**

Respectfully submitted,

*For the Plaintiffs:*

Daniel R. Suhr (WI No. 1056658)*
Jeffrey M. Schwab (IL No. 6290710)*
Liberty Justice Center
190 S. LaSalle Street, Suite 1500
Chicago, Illinois 60603
Ph.: 312/263-7668
Email: dsuhr@libertyjusticecenter.org
         jschwab@libertyjusticecenter.org

Colin Lambert Hunter
Barnett Law Firm, P.A.
1905 Wyoming Blvd. NE
Albuquerque, NM 87112
Ph.: 505-275-3200
Email: colinhunterlaw@gmail.com

*Pro hac vice

*For the Defendant:*

Nicholas M. Sydow
Civil Appellate Chief
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Tel.: (505) 717-3571
Fax: (505) 490-4881
nsydow@nmag.gov

DATE: Feburary 24, 2021